DISTRICT JUDGE ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SATYEN CHATTERJEE,<br><br>Defendant. | No. CR15-179-TSZ-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY APPEARANCE BOND |

For the reasons stated in the parties' stipulated motion, the Court ORDERS that the appearance bond be modified to permit the defendant to sell the residence referred to in the Appearance Bond and Agreement to Forfeit Property, Dkt. ##10 and 15.

DATED this 26th day of June, 2015.

_____
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Peter J. Avenia*
Assistant Federal Public Defender
Attorney for Satyen Chatterjee

ORDER TO MODIFY APPEARANCE BOND
(Satyen Chatterjee, CR15-179-TSZ-JPD) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100