1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,

10          Plaintiff,

11      v.

12  SATYEN CHATTERJEE,

13          Defendant.

Case No.  CR-15-00179-TSZ

LETTERS TO THE COURT IN SUPPORT
OF DEFENDANT SATYEN CHATTERJEE

14

15      We respectfully request that the 11 attached letters from Defendant Satyen Chatterjee and

16  his family, friends and business associates are considered in determining his sentencing.

17      1.  Olga Azarova;

18      2.  Abhijit Chatterjee;

19      3.  Jill Chatterjee;

20      4.  Paramita Chatterjee;

21      5.  Saurav Chatterjee;

22      6.  Subhadeep Chatterjee;

23      7.  Swapan Das;

24      8.  Clark Johnson;

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

9. Abhijit Ganguly;

10. Anjan Majumder; and

11. Swami Manishananda

CABLE, LANGENBACH, KINERK & BAUER, LLP

/s/ C. James Frush
C. James Frush, WSBA No. 7092
1000 Second Avenue, Suite 3500
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
jfrush@cablelang.com

Attorney for Defendant

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 18, 2016, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF System which will send notification of such filing to those registered to receive electronic notices by email transmission at the email addresses provided.

Annette Hayes
Justin Arnold
Robert G. Kondrat
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

/s/Katy Albritton
Katy Albritton, Legal Secretary
CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 Second Avenue, Suite 3500
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
kalbritton@cablelang.com

LETTERS TO THE COURT - 3
[CASE NO. CR-15-00179-TSZ]

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA 98104


Dear Honorable Judge Thomas Zilly,

My name is Olga Azarova, I'm 35 years old, and I'm an engineering manager living and working in San Francisco. I'm engaged to Saurav Chatterjee, son of Satyen Chatterjee. I have met Satyen in 2008, when I started dating his son. Saurav and I were living in Seattle at the time. From day one I knew Satyen is a very kind, patient and loving father and husband and he welcomed me to his family warmly.

Over the years I got to know Satyen more, as Saurav and I were always welcome at his parents' house for dinner and conversations. I have had numerous discussions on philosophy, religion and ethics with Satyen and always have found him to be very patient and humble man, who had very strong beliefs and value system. Satyen comes from an older generation, but he still could relate to me and was able to bring his stories back to the current realities. Given that I grew up in Ukraine, and Satyen grew up in India, I found it very refreshing that we were able to get along and find common ground, as we both have very strong value systems and huge respect for others.

I have got to witness Satyen volunteering at the Bengali Association in Seattle, he acted as a president one year and organized a few community events. I knew he always cared about younger generation and wanted to ensure they had enough resources to be set for success in life.

My fiancé Saurav always spoke very highly of his father. Satyen has been a role model for Saurav all his life. He instilled good working habits in his son. I could see how Saurav took a lot of good qualities from his father, especially being willing to work really hard and realizing that in order to achieve success in life it is very important to put in a lot of effort and to be patient.

When we found out that Saurav's father was in financial trouble, and later in legal trouble, it was a huge shock to us. None of his family members knew about his troubles and could not believe what was happening. It's been very painful for me to watch Saurav, his mother, father, his brother and his family suffering through all that's been happening. I do feel that Satyen should have told his family much sooner, and they would've been able to help him work a proper solution out with the person who filed a lawsuit against him. Satyen was trying to protect his family and was hoping he could resolve the issues on his own, unfortunately that was not the right decision, and I'm sure he regrets it very much now for putting his family through all of this.

I especially feel very bad for Saurav's mother, Paramita (Mita for short) Chatterjee. She's a very sweet lady, who'd done everything she could in her life to be a good wife and a good mother to her sons. She's been great to me and her daughter in law Jill (Subhadeep's wife) and she's been amazing help with her granddaughter Amia. This lady gave all her life to ensure her family had everything they could to be successful in life. She made sure her sons were educated, understood important values in life, learned to love nature and God, etc. Paramita has also been volunteering for many years at the Children's hospital in Seattle and would always talk very fondly about being able to help the kids there.

Unfortunately, Mita's health is in decline, she's had cancer for a few years now and seems very frail. Yet she continues to volunteer, as her health permits. My fiancé Saurav has been helping his parents financially ever since he found out about his father's financial and legal troubles. I feel that it would be extremely hard to continue providing good care for Saurav's mother, if Satyen goes to prison.

Dear Honorable Judge Zilly, I ask for your leniency in reviewing Satyen's case. I do believe that whatever issues he's had with law were not due to bad intentions, but due to lack of understanding of legal formalities. I believe he has tried his best to fix what he has done wrong, he just did not have the capacity to do the right thing, as he did not know any better. I believe he acted with good intentions.

Sincerely,

Olga Azarova

5605 134th Avenue SE
Bellevue, WA 98075

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenbach Kinerk & Baurer, LLP
100 Second Avenue, Suite 3500
Seattle, WA 98104

February 27, 2016

Your Honor:

I have known Mr. Satyen Chatterjee since 1999. My wife and Mr. Chatterjee's older son, Subhodeep, had a class together at University of Washington. We were subsequently invited to Subhodeep's graduation party where we met Mr. Chatterjee.

Since then I have interacted with Mr. Chatterjee mostly in social settings. In 2011 I was invited by the vice president of Uttoron (a non-profit cultural organization) to be part of the Executive Committee. Mr. Chatterjee was the president of Uttoron that year. Mr. Chatterjee guided the committee through difficult arguments in a sage and practical manner that commanded the respect of all of us in the committee.

In my interactions with Mr. Chatterjee I have always found him to be an upright gentleman. The allegations do not ring true to the person I have come to know over the years. Mr. Chatterjee is, and always was, wholly committed to his wife, sons and, more recently, to his grandchildren.

I request that your honor would consider all these factors as you decide in the case of Mr. Satyen Chatterjee.

Sincerely,

Abhijit Chatterjee

March 6, 2016

Honorable Thomas S. Zilly
United States District court
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA  98104

Jill Chatterjee
3610 13th Ave W
Seattle, WA  98119


Dear Judge Zilly,

My name is Jill Chatterjee.  I am the daughter-in-law of Satyen Chatterjee.  I have known Satyen since 2009, but really began to know him after getting engaged to his son, Subhadeep, in 2010.  He has always been kind to me and I have seen nothing but kindness to others, as well.  Both him and his wife have brought me into their family as if I was a daughter of their own.  He is an intelligent and knowledgeable man with a desire to keep learning and to pass on knowledge- an honorable quality I find in any person.

When I came to know him, he was deeply involved in his religious and cultural communities, as a member of the Vedanta Society of Western Washington and the Bengali Association of Seattle. I have seen him attend many Sunday lectures at the Hindu temple and listened to his interpretations of the Vedanta Society's philosophy.  His explanations of this accepting and peaceful religion that he practices are what brought me closer to it.

He is a patient, gentle, and loving man, which I see in him every time he is with his granddaughter, my daughter.  He plays hide and seek with her, teaches her numbers and colors, and helps her to sleep when I am out working or need an evening with my husband.  And when he is not around she misses him.  "Dadu coming over?" she asks me everyday.  I can't imagine what it would be like if she couldn't see him every week.

All these qualities are shown in how he cares for his wife, as well.  She has had a number of health problems in recent years, from breast cancer to arthritis in her wrists and legs.  I have seen him care for her when she has been very ill and never a complaint from him.  He has been there for her through every step of her cancer.

I worked with Satyen on his company, Bodymune (formally known as

Metamune), starting in March of 2012.  As the company's graphic designer I sat in on board meetings listening to Satyen's excitement over discovering a proprietary mix of natural ingredients that can help people relieve their pain from arthritis and sciatica, and another mix for reducing high cholesterol.  This excitement was derived form the idea of creating something good that helped to do good- a natural product that helped people feel better and live healthier.  His company is thriving now and continues to evolve.  He has recently transformed the supplement from a not-so-tasty powder you drink, into organic capsules you swallow.  I have seen the product climb in rank on Amazon and keep getting updates from my husband about thousands of boxes being sold.  There is one problem, though.  No one can take over his end of the business if he is forced to leave, causing the company to come to an end.

I pray that he does not get a jail sentence because not only will he lose the opportunity to help people with his Bodymune supplements, but he will also lose his chance to pay back the people he owes money. No one will benefit from him being in jail.  I know by the fact that he made promissory notes and is selling his house, that he wants these people to have their money.  He doesn't have in his soul to deceive or harm anyone.

I plead that he be allowed to continue living his life as he is, here in Seattle; spending time with his two sons and family; playing with his granddaughter; taking care of his wife; expanding his supplement company; earning money to repay his debts; and by just being a good, honest person.


Respectfully,

Jill Chatterjee

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenback Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

Dear Judge Zilly,

My name is Paramita Chatterjee, and I have been married to Satyen for almost 40 years. After I married my husband, he had been working as an engineer in India and Zambia. When we came here to the US he studied at the University of Washington Business School and taught there for a few years. He was liked by his students and fellow professors. After that he pursued his became an entrepreneur and build his financial business. He had been honestly and successfully practicing this profession until 2008 when the market crashed and his clients started moving their money elsewhere because of the fear of the turbulent stock market.

I've been a housewife most of my life bringing up my children and have volunteered throughout my life at schools, hospitals and the community centers. I had also worked part-time as an interpreter at all the Seattle hospitals for several years. I am still volunteering weekly at Childrens hospital, god willing and health permitting taking care of sick children. Both my husband and I have volunteered for the community throughout our lives. I've always seen my husband be a hard working and honest person, who does his best to make his clients successful. I've never heard him talking about taking advantage of anyone.

My health problems started in 2012 and in 2013 January I came to know that I have breast cancer and suspected cancer in my uterus. In March 2013, I had by hysterectomy and lumpectomy. My husband was by my side everyday helping me recover from surgery for 2 months before I could start to function normally. After having cancer and my two surgeries I've been struggling with my health and have been to the doctor many times. I have moments of black out and also have fallen bed ridden due to my weak immune system. I'm also a sufferer of terrible arthritis and have been helped by our discovery of Bodymune Joint and Inflammation relief. Without this I would not even be able to walk and almost lost all mobility due to my arthritis. It is not cured but much better after taking Bodymune daily. It is critical to my health that my husband be able to continue to make the supplement so my health and many others will benefit from this USDA organic supplement.

In regards to Bodymune, my husband had been working on it for several years day and night researching about the best possible combinations to help his and my health before starting the company. We both had started suffering from ailments due to our older age. My husband had tried statin drugs for his cholesterol and had severe muscle side effects, which had bed ridden him. The doctor asked him to stop immediately and could not take any other cholesterol medication. That drove to speed up his research for a natural and organic cure. Bodymune was originally called Metamune and with the help of family, friends and investors were able to

launch our first Cardiomune and Bodymune products with Bartell drugs. We were all very excited of the initial success. I was very proud that finally we were able to use our knowledge to help others in need. It had many meetings in our home with all the investors and members were here at my home where I had prepared dinner for them after the meetings. Things were going very well and everybody was supportive of Satyen when things went well. After the sales had not done as well as hoped and people started to become less involved. I had watched my husband, even though everyone else had lost hope he had continued to work day and night to keep trying to make it successful. Both my sons and daughter in-law helped with their time and money to support us so that we had a chance to continue our efforts. It truly hurts my feelings when the government has portrayed my husband as a terrible man with false intentions to try to help build Bodymune. This is simply not true. He is not perfect, however, from being married with him for 40 years, I can honestly say that his intentions were not bad. He has made terrible investments and financial decisions that has cost us dearly. We wish to live the remaining years of our lives in peace by volunteering and helping others. We have a grand daughter that we both love very much and I hope that you find it in your heart to judge my husband with leniency in this terrible situation. We are both sincerely, sorry for all the harm we have caused others and have sold our home to compensate them. I do not wish for fame or fortune. We have always lived a very frugal lifestyle focusing on raising our children and volunteering our time to the community. I have only gone on vacation to India to visit my mother and family once every two-three years sometimes without my husband to save money. We have not gone on any other vacations now for more than 15 years.

I'm 63 years old and do not feel I have the strength to last for much longer both physically and mentally, without my husbands daily support. I don't know how I will survive as I am more dependent on him for my health and wellbeing than ever during our 40 years of marriage. I beg your forgiveness for my husband and request that he have the ability to support me during my remaining few years.

Your sincere citizen,

Paramita Chatterjee

Honorable Thomas S. Zilly
United States District Court
C/O C. James Frush
Cable Langenback Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104

Dear Honorable Judge Zilly,

My name is Saurav Chatterjee, and I am the youngest of Satyen Chatterjee's two sons.  I am 33 years old and graduated from Garfield High School where I was the Class President; University of Washington where I was in my department's student government; and Cornell University where I received my Masters degree.  I recently moved to San Francisco, where I work in the software industry.  I've always looked up to my father as a strong role model for his hard work, discipline and willingness to help others.  My whole life he's encouraged me to set high standards for myself and to donate my time and money to those who are less fortunate.  I owe a large part of my success in life to the positive examples set by my father and mother, and the sacrifices they made.

I understand that my father is looking at over 4 years of incarceration due to the business mistakes he made since the 2008 financial crisis.  He is truly sorry for losing people's money, and he's always expressed to me his intentions to pay off his debt.  In 2013, when I learned of his dire financial situation, I asked him why bankruptcy wasn't an option.  He replied that he couldn't live with himself if he didn't try his level best to pay back his debts.  Here is a man in his sixties, plagued with financial stress and the potential loss of his wife to cancer, finding a way to start a new business, that was helping complete strangers find relief from their ailments, to help him get back to solvency.  "Bankruptcy without trying would be wrong," he said.  His work ethic and optimism reminded me of what he would always tell me when I was a kid, "Nothing in life is hard.  It just may not be easy."  My father tried to make things right the best way he knew how, which was to create a successful business.  He is not the type of person to give up easily.

My father grew up the youngest of five children in a middle class family in India.  When he was 29 years old he left India with my mother and older brother to start a new life in Zambia.  They ended up staying there eight years, during which I was born.  At age 37, when most people are settling down, my father left a comfortable job in Zambia to seek a better future for our family in America.  He enrolled in the UW Business School and shortly

after graduating started teaching at the university.  He was around 40 years old when he started his investment management company and during its formative years he still taught classes at UW to make ends meet.  My father would get up at 5am every day to be in the office well ahead of the opening bell in New York.   After the closing bell, he would work in his office until 5pm or so.  He did this for decades, and made sizable gains for his clients year after year.  Because the financial markets don't take long vacations, he seldom took any himself.  Most of our family vacations while growing up were simple road trips, never anything extravagant and always within our means.

Even with this grueling workload my parents would make time to give back to the community.  My mother volunteered at my school when I was growing up, and has been volunteering every week at Children's hospital for years since I graduated.  My father has led several Indian cultural organizations over the decades and even founded the youth volunteering arm of one of them, which started by helping out at a local food bank.  I remember when I was an adolescent how he set up a food tent to feed hundreds of poor people in his village in India.  Throughout his life, he's led by example and has always helped people in need.  He meditates and prays daily, and before his arrest he would visit his Temple every Sunday for decades with my mother.  He has lived a life free of alcohol, tobacco and gambling.  I've never even seen him jaywalk.

Unfortunately, in 2008 the financial crisis greatly weakened his business and depleted his savings.  The nature of the markets had changed, and the type of business he was familiar with had become evermore cutthroat.  It was during this time that he made a series of unfortunate business decisions that led to his financial downfall.  Despite the adversity, he kept an optimistic outlook on life and its challenges, and found hope in a new line of business that sprang from his hobby of studying natural remedies in Eastern medicine.

My father is also the primary caregiver for my mother.  In the past few years, battling cancer has robbed my mother of good health and she often needs emergency care.  My father takes care of her on a daily basis and keeps her spirits up with his company.  For the sake of my mother, I beg for your mercy and leniency in sentencing my father.

My father is sincerely trying his level best to pay back his debts and has been making arrangements for doing so for years.  He loves his family and respects the law.  He has a history of giving back to the community and if he goes to jail many other people will be hurt.  I trust you will take this into

consideration when sentencing him.

Sincerely,

Saurav Chatterjee

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenback Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle WA 98104


Dear Judge Zully,

My name is Subhadeep Chatterjee, I'm Satyen Chatterjee's son and have been close to my father my whole life. My father has been a strong role model in my life and has taught me to work hard and be grateful everyday for the opportunities this great nation offers us. When we came to the US, my father arrived as a student, sacrificing a well paying professional job as an engineer to provide my brother and I an opportunity in this great country. We have been an active part of the Seattle community since we arrived in 1987. My mother and father have taught us to be productive citizens, truthful and serve our community.

When we arrived in September of 1987, my father worked hard to put us through school and my mother volunteered her time at our schools to help others. Our family has been faithful servants to our community for over 25 years.

I grew up here in Seattle, was my High School Treasurer, started the first Young Rotary Club in the Seattle Public Schools and was the Student Body Chairman and on the Board of the Student Union at the University of Washington. I've served on Young Professionals International Network and have dutifully donated to my temple for the well being of the less fortunate. I'm sharing this because it was my father and mother who have driven me to value civil service.

My father set this example from a young age. He was a Rotary member when we lived in Africa and went to help the impoverished areas of the country. He has always given to the poor and has never lived a lavish life of spending. We went on road trips but never anything extravagant. I believe that he always wanted the best for us, his friends and even other citizens of our country. I hope this sets some light on my fathers character.

Satyen has worked over 20 years of working in the financial industry, of which he has made me and many other investors money, he has always been ethical advisor with the best interest of his clients. We grew up in our childhood home in Meadowbrook and my parents have been living there for decades. As you already are aware he is selling this to payback the investors, this had been part of the plan.

The 2008 crash seemed to be the turning point where his financial situation turned and he was left to take loans to make risky investments and survive. This was most unfortunate. He tried to work with his friends to try to turn things around but one unsuccessful business after another seemed to tragically end in where we are today. I truly don't believe that he had ever the intent

to knowingly commit fraud. I've known him too long and this is just not his character. He would never intentionally harm other financially after working for so many years to get so close to retirement and loose not only money but all respect.

My wife, Jill Chatterjee and our daughter Amia Chatterjee, love my father very much and truly believe that he had honestly with all his efforts try to repay and hold himself accountable. He is lawful man who has a clean record and goes to temple every Sunday. He is fun, loving person who volunteers his time to god, his family and the community. My daughter is 19 months and loves to spend time with his grandfather.

My father also served as a volunteer in the Bengali Association for several years in building a strong Indian community here in Seattle. Also spearheaded community service projects for the organization.

I beg and plea your leniency and mercy. My mother is in ill health after just surviving cancer and my father takes care of her on a daily basis. For the sake of my mother, who has dutifully fulfilled her obligations taking care of us and the family, it is very important for Satyen to be able to take her to the hospital and be there for her remaining years.

I have over the last 5-7 years have helped him financially and he asked me and my brother for help. He did not purely go steal money without any intention to pay it back. He truly thought the investments would make him successful and the launch of Bodymune was supported by many industry pundits. But alas the nature of an entrepreneur is a risk taker. Satyen loves his family, respects the law and I'm 100% sure that if he knew of the consequences he would not have taken this path. The fact that he is even at this point, he is ashamed and repents every day to God. He has lost many friends, his temple community, the Bengali community has outcaste our family and we all have been punished.

Dear Honorable Zilly, I repeat my most heartfelt plea for your leniency and offer a lesser sentence for probation so that he is able to continue serve society, his investors and take care of my ailing mother in a positive way going forward.

Your honorable citizen,

Subhadeep Chatterjee

Swapan Das, PH.D
15310 14th Drive SE
Mill Creek, WA 98012

March 9, 2016

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenbach Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA 98104

Dear Honorable Judge:

      I am writing this letter on behalf of the defendant, Satyen Chatterjee, to high light some of the wonderful qualities I have had ever witnessed in a man. I know him for 29 years as my closest friend, as an adoring husband to his wife, as a father to two wonderful sons, as well as a dotting grandfather to a recent addition to the family. Most important of all I also know Satyen over the years as a community leader who has profoundly affected the lives of many in a very positive manner. Here are a few examples I have compiled for your perusal.

      Satyen is long associated with a group of people-a subset of Indian Diaspora- called Bengali. This community is about 300+ strong and he had served as its president in the past. He has arranged traditional Indian dances, musical programs, dramas, and other cultural activities in Seattle. He has worked relentlessly to build a bridge with the past, and to introduce Bengali culture to this adopted nation of ours. He has started a Sunday school in a member's house to teach vernacular Bengali-writing, reading & speaking-to the sons and daughters of the local Bengali community. He has motivated high school students to get involved in philanthropic work. Many have offered services to food banks and homeless shelters. I must mention here a unique service Satyen provided to the community. When a community member is in despair in the event of a death of a family member, Satyen would be the first person to visit the family to provide solace. On behalf of the family, he will arrange funeral rites in the traditional Indian way.

      Satyen would receive students at the airport-offspring of his friends and relatives in India-who come to Seattle to join UW. He would welcome them in

their house first for a few weeks before they are ensconced in the UW campus. Parents in India were relieved to learn that their offspring has landed softly in the United States. Over the years Satyen had served as a local guardian for at least half a dozen students.

Satyen is a life member of a Hindu Church in Seattle known as Vedanta Society, based on the teachings of a nineteenth century Hindu Saint- Sri Ramakrishna. The main emphasis of the church is to attain harmony amongst all religions. Satyen is well liked by the church members for his honesty, integrity and involvement in charity work during the past 29 years. A beautiful retreat facility was built by the church members at nearby Arlington. The work began in 1989 and Satyen volunteered his services every week ends to the construction until it was completed in 1993.

Last but not the least; I must mention a special aspect of him. While working as Metallurgical Engineer at Zambia (Africa), he encouraged his ex-classmates back in India to start a charitable organization for the uplifting of down trodden children of his hometown at Jhargram (India). With the seed money Satyen provided his fellow ex-classmates did set up a charitable organization in 1983 named "Akash". They selected extremely poor students from a local school and offered them pro bono tutoring services. They also provided students with basic school supplies like notebooks, back packs, and umbrellas (essential during monsoon season). Later years, they also provided residential facilities to a dozen students who were hailed from the interior tribal areas. While vacationing in India in 2004, I have had opportunity to meet Satyen's family at Jhargram, and a few current members of "Akash", who once were tutored themselves years ago. They talked very fondly of Satyen from the bottom of their hearts. They credited him much for their success. Even today Satyen keep in touch with them.

Despite his entanglement in this legal matter I would like to vouch for him- he is a decent, honest, and honorable man. I am begging your leniency on his behalf.

Sincerely yours,

Swapan Das

Clark Johnson
P.O.Box 684
Lopez Island,WA 98261

Honorable Thomas S. Zilly                                           February 10, 2016
United States District Court

c/o C. James Frush
Cable Langenback, Kinerk, & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA, 98104

RE: Satyen Chatterjee

Judge Zilly:

My wife Mary and I have known Stayen Chatterjee, his wife and children for 22 years.  The family are devout members of our church.  As a result we interacted with them every Sunday while the boys were growing up.  We also went on a walks with Satyen and Mita and attended the graduation of their sons. From this personal contact I know him to be devoted father, husband, and valued friend.

Beginning in 1997 we also engaged him to manage a part of our personal wealth.  Mary moved money from a bank IRA while I used money resulting from the sale of a boat.  As part of the intake interview Satyen asked each of us about our risk tolerance.  I asked for high risk / maximum growth while my wife asked for a conservative portfolio.  Initially my portfolio skyrocketed while Mary's made much more modest gains.  When the technology bubble burst my portfolio had a substantial loss and Mary's returned to its initial value.  In 2002 my wife and I decided to terminate our professional relationship with Satyen, although we remained good friends. Though I lost a good portion of my original investment I have always felt this was consistent with the choices I made as I retained his services.

Given our personal and professional experiences with Satyen we were surprised and shocked to hear of the pending charges.  We frankly do not believe Satyen knowingly defrauded his clients since this is simply not consistent with his character.

Sir, you have information concerning the specifics that prompted these charges.  I ask that you consider the possibility that the documented events when viewed in context are less sinister then they initially appear.  I sincerely doubt that Satyen ever intended to defraud his clients.

Sincerely,

Clark Johnson

Clark Johnson

To
**The Honourable Thomas S Zilly**
**UNITED STATES DISCTRICT COURT**
**C/o  C. James Frush**
**Cable Langenbach Kunerk & Bauer, LLP**
**1000, Secend Avenue, Suite 3500**
**SEATTLE WA 98104.**

Dear Sir,

I feel  privileged to get an opportunity to say few words about Mr. Satyen Chatterjee and his family of Seattle whom I know for last 40 years as his brother-in-law.

He is one of the decent persons I come across. He has helped a lot of people in term of providing good advices in business or education or life.  He has also helped lot of people in India in term of monetary help who are in crisis and his philanthropic involvement – giving free education, food and shelter to poor but intelligent down trodden boys and girls in his native place, Jhargram (a small town in West Bengal State in India), are commendable.

He is a great entrepreneur also.  In fact, he has put a lot of efforts for setting up shop of his much researched product Bodymune.  It has been tested in India and it really worked well to those people who are suffering in joints pain. But somehow it was hold back due to lot of reasons for importing in India. He has given lot of free samples to poor people who were really benefitted.  He and his family have given money for the upliftment of poor class through a charity organization.
He has guided his children well and they are very successful in education and professional life. I must say, the entire family is well educated, decent and helpful to others. The family is very well knitted and caring.


My Best Regards,
**Abhijit Ganguly**
**Kolkata, West Bengal, India**
**Contact :  abhijit.export@gmail.com**
**Mobile +91 9432428210**

Anjan K Majumder

5261 123rd Avenue SE

Bellevue, WA 98006

Honorable Thomas S. Zilly

United States District Court

c/o C. James Frush

Cable Langenbach Kinerk & Bauer, LLP

1000 Second Avenue, Suite 3500

Seattle, WA 98104

Dear Honorable Judge Zilly,                                                                                    March 9, 2016

Recently I have been asked by the attorney's office to write about Satyen Chatterjee. I came to know Satyen in 2003 when I moved to this area with my family.  Soon my family and his family became friends and over these years we met in several get together, parties and community cultural ceremonies over and over.  Occasionally we met with our sons too.  I came to know him as a regular family person.  During these meetings we joked, laughed and tried to solve all the problems of the world but never discussed anything related to his or my professional areas.  Though I knew that he worked in the financial planning field yet I observed him to avoid any discussion related to financial markets or Wall Street. Few years back he became the president of the Bengali community and was engaged in carrying out cultural and other programs for the community with initiatives, successfully.  I have heard about his ongoing lawsuit but I have no comment about him other than as a gentleman with a family like mine. Thank you.

Sincerely,

Anjan K. Majumder

Swami Manishananda
Vedanta Society Retreat
23217 27th Ave. NE
Arlington, WA 98223

February 18, 2016

Honorable Thomas S. Zilly
United States District Court
c/o C. James Frush
Cable Langenback Kinerk & Bauer
1000 Second Avenue, Suite 3500
Seattle WA 98104

Honorable Thomas S. Zilly,

My name is Swami Manishananda and I am a monk attached to the Vedanta Society of Western Washington. I have been in the monastery for 43 years. I have known Satyen Chatterjee for about 30 years. He and his family have visited our retreat many times and I have always found Satyen to be friendly, cheerful, helpful and pleasant to talk with.

Regarding his investment business, we never talked about it in any detail. That being the case, I can't make any comments about his business practices because I don't know any details whatsoever. My talks with Satyen were almost always on spiritual topics with the exception that sometimes we talked about fishing or hiking, which are two of my hobbies.

Satyen is a good family man and I hope that will be taken into consideration when you rule on his case.

Yours truly,

Swami Manishananda

Swami Manishananda