THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR-15-00179-TSZ |
| Plaintiff, | |
| v. | SUPPLEMENTAL LETTERS TO THE COURT IN SUPPORT OF DEFENDANT SATYEN CHATTERJEE |
| SATYEN CHATTERJEE, | |
| Defendant. | |

We respectfully request that the attached letters from Defendant Satyen Chatterjee and Tyler Jones be considered in determining defendant's sentencing.

CABLE, LANGENBACH, KINERK & BAUER, LLP

/s/ C. James Frush
C. James Frush, WSBA No. 7092
1000 Second Avenue, Suite 3500
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
jfrush@cablelang.com

Attorney for Defendant

SUPPLEMENTAL LETTERS TO THE COURT - 1
[CASE NO. CR-15-00179-TSZ]

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 22, 2016, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF System which will send notification of such filing to those registered to receive electronic notices by email transmission at the email addresses provided.

Annette Hayes
Justin Arnold
Robert G. Kondrat
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101

I declare under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

/s/Gabrielle J. Witherspoon
Gabrielle J. Witherspoon, Legal Secretary
CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 Second Avenue, Suite 3500
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
gwitherspoon@cablelang.com

SUPPLEMENTAL LETTERS TO THE COURT - 2
[CASE NO. CR-15-00179-TSZ]

The Honorable Thomas S. Zilly, the prosecuting team, my defense counsel, Mr. C. James Frush, thank you for giving me this opportunity to share my thoughts and experiences with you.

I fully understand the moral issues are always under my control whereas the legal issues are as per the interpretation of law by our judiciary system. I have the highest respect for that.

On the moral side, in my wildest dream I neither ever intended to defraud any of the victims nor to ever cross my limits in borrowing. This is my inner call and not an appeal or explanation to others. I did many wrong investments and a few silly stupid things to hide my inefficiencies for which I deeply repent. I am deeply aggrieved to have hurt others feelings.

Looking back, I fully realize that many a time my inherent entrepreneur spirit had made me overly optimistic and failures have been difficult to accept in time, especially during series of financial meltdowns in US and global economies. Come what may, I always intended and planned to pay back the borrowed money as were agreed with the backing of tangible collaterals. Those inventions and beliefs were long before this criminal lawsuit was brought in. Some lenders also wanted to wait for the housing prices to go up or for the Metamune business to pick up.

I had countless opportunities over the years to take money from others, often with no strings attached. I never took those opportunities. I still don't know from where they used to appear but incidentally all have disappeared after my arrest. That is a good but scary coincidence!

On the investment business side, I had unfortunate business failures as I was at a wrong place at a wrong time during the global financial crisis one after another, starting from year 2007. I overly underestimated the inherent weakness in our capital market and its manipulative nature in the hands of few. I still get piles of notices about the settlements of shareholder lawsuits. Most of the time it is too little, too late! Options trading, which some people take it as gambling, is considered one of the most sophisticated tool of the capital market. I miscalculated; I bet on the quick recovery of the western economy. On top of it my attention got diverted by the excitement of new discoveries in the supplement research and my deep social commitment as an officer including President of the Bengali association, Uttori.

From my childhood I've been always socially very active in organizing many social and philanthropic works in India, Zambia and here. Perhaps, I inherited that from my parents. One thing is ingrained in me is the philosophy that I would rather teach them to fish than give them fish. It takes time but highly rewarding at the end.

Growing up in India, even as a kid I would hate to give alms to a physically abled beggar. I still remember, when I was around 12, I brought a street side young beggar to our house and asked him to work in the garden in exchange of food and money. My father was very

happy to see that. The young man worked and earned his living. Looking back, I think, he also learned to respect himself. Whenever I've helped someone I've always thanked God for giving me the opportunity to serve the needy. That I learned from my mother at a very early age, not to be proud but be thankful. I soon realized giving educational service to young kids was one of the best for the buck.

Barring this recent developments we have been blessed with many rewarding moments in USA and in life, in general. Both my sons had great education and are well placed engineers, loved by the community for their loving services and philanthropic work. The greatest of all is the addition of our two daughters, Jill Randal and Olga Azarova. Jill is married to our elder son and Olga is the fiancée of our younger son. That would not have happened, for sure, if we had not moved to USA.

All these got shattered with a loud banging noise at the door on February 19, 2015 morning and the hell starts rolling. No one would listen. "We've the information", was the general answer.

I served five days in federal detention and thirteen months with ankle bracelet. I seek your help to exonerate me of these mistakes of mine and allow me to support our Metamune team who badly need my active participation in its success. I'd deeply miss my philanthropic work and my little grand-daughter. And above all, I badly need to be by my wife's side to go through her post-operation cancer treatment at Swedish. She needs me most at this late and uncertain stage of her life. Being separated without being allowed to prove my innocence in the court of law would be the greatest tragedy of our forty years of married life. I beg to you and pray to God all the time. I know He listens and hope you would.


Respectfully,

Satyen Chatterjee

Tyler Jones

2826 103rd Place NE

Bellevue, WA 98004


Date: 3/22/2016


Honorable Thomas Zilly

US District Court Judge

C/O James Frush


I am writing to highlight my experience with Satyen Chatterjee and the company he founded Bodymune. In the past year and a half I have had nothing but a positive engagement with Satyen's energy and good intentions around bringing an on-trend product to the marketplace.  His intentions to help users of the product were clear from the start.

I became involved with Satyen through Michelle Barry and friend and fellow business partner.  Satyen was raising money to finance new packaging supplies that Michelle's company had designed and support a relaunch of the product.  While the background business fundamentals were not clear, there was no ill intensions with my investment of $30,000.  As time progress there were typical business issues with bringing a new product to market that developed and were addressed.

I was quite shocked to hear of the allegations raised by the prosecuting party and at no time did I feel my investment was not legitimate.  Additionally I have personally invested a significant amount of time and energy assisting Satyen and Bodymune, to the benefit of all shareholders.  Fortunately, due to Satyen's continued focus on the product there has been some recent positive traction with concrete sales occurring.  Bodymune is a legitimate business opportunity, albeit on the front edge of a growing trend in addressing inflammation with products in nature.

I look forward to continuing to support these efforts.  I have significant reservations that if Satyen was not able to support bodymune because of these accusations or the outcome of the case that the momentum and ultimately the company and all investors equity would disappear.

Respectfully,


Tyler Jones