UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SATYEN CHATTERJEE,

    Defendant.

CR15-179 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion to terminate supervised release, docket no. 92, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of December, 2019.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk